UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUCH CHOURP,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>OCWEN LOAN SERVICING, LLC, formally doing business as NEW CENTURY MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC; and DOES 1 through 50 inclusive,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 11cv0159 - IEG (JMA)<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>**(2) DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>[Doc. No. 6] |

　　This is a mortgage case. Plaintiff Ouch Chourp, acting *pro se*, filed suit in San Diego Superior Court in late 2010, and Defendants removed the action to this Court. On April 22, 2011, the Court granted Defendants' motion to dismiss and granted Plaintiff leave to amend. [Doc. No. 5.] In doing so, the Court stated that if Plaintiff wished to file an amended complaint, "she should do so **within 21 days** of the filing of this order." [*Id.*]

　　More than 21 days later, on May 25, 2011, Defendants filed a motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [Doc. No. 6.] Rather than filing an amended complaint, Plaintiff filed a response in opposition to Defendants' motion. [Doc. No. 7.] Defendants filed a reply in which they requested judicial notice that Plaintiff had filed another complaint in San Diego Superior Court. [Doc. No. 12.]

1    The Court construes Plaintiff's response in opposition as a motion for leave to file an
2 amended complaint and **GRANTS** Plaintiff's motion.  Accordingly, the Court **DENIES**
3 Defendants' motion to dismiss.
4    If Plaintiff wishes to file an amended complaint, she must do so **within 21 days** of the
5 filing of this Order.  If Plaintiff fails to file an amended complaint within 21 days, and upon notice
6 from Defendants, the Court will dismiss this action with prejudice.  Plaintiff's amended complaint
7 should only make the revisions discussed in the Court's April 22, 2011 Order, [Doc. No. 5], must
8 be a complete document without reference to any prior pleading, and should not add any new
9 causes of action.
10   **IT IS SO ORDERED.**
11 **DATED:  July 1, 2011**

*[Signature: Irma E. Gonzalez]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**